UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
SEP - 4 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

NAIMA DIVINE, individually and on behalf of all others similarly situated;,

Plaintiff,

v.

CASE NO.: 3:18-cv-3485

Asset Recovery Solutions, LLC, Bureaus Investment Group Portfolio No.15, LLC and John Does 1-25,
Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 4, 2018

| **For Plaintiff Naima Divine** | **For Defendant Asset Recovery Solutions, LLC and Bureaus Investment Group Portfolio No.15, LLC** |
|---|---|
| /s/ Yaakov Saks<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>201-282-6500 x101<br>ysaks@steinsakslegal.com | /s/ Thomas Dominczyk<br>Thomas Dominczyk<br>Maurice Wutschler, LLP<br>5 Walter E. Foran Blvd Suite 2007<br>Flemington, NJ 08822-4672<br>908-237-4550<br>Tdominczyk@mauricewutscher.Com |

It is so ordered this ___ day of September, 2018

Brian R. Martinotti, U.S.D.J.

1